B6A (Official Form 6A) (12/07)

In re  **Robert Hobbs**                                                    Case No.  **14-40710**
                                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead 2715 Carriage Trail McKinney, TX 75070 | Fee Simple | - | $383,308.00 | $467,966.95 |
| | | **Total:** | **$383,308.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Robert Hobbs**                                                   Case No.  __14-40710_____
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $275.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Legacy Texas - Checking Account (3700) | - | $2,800.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Sofa | - | $600.00 |
| | | Loveseat | - | $200.00 |
| | | Televisions (4) | - | $800.00 |
| | | Entertainment Center/TV Cabinet | - | $400.00 |
| | | DVD Player (3) | - | $350.00 |
| | | VHS Player ( | - | $25.00 |
| | | Personal Computer/Printer | - | $250.00 |
| | | Stereo | - | $200.00 |
| | | Coffee Table | - | $350.00 |
| | | End Table | - | $250.00 |
| | | Sofa Table | - | $300.00 |
| | | Kitchen Table/Chairs | - | $500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert Hobbs**                                      Case No.   **14-40710**
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dining Table/Chairs | - | $600.00 |
| | | China Cabinet | - | $600.00 |
| | | Refrigerator/Freezer | - | $700.00 |
| | | Freezer | - | $300.00 |
| | | Stove/Range | - | $100.00 |
| | | Microwave | - | $150.00 |
| | | Dishwasher | - | $100.00 |
| | | Washing Machine | - | $150.00 |
| | | Clothes Dryer | - | $150.00 |
| | | Dishes/Flatware | - | $150.00 |
| | | China/Silverware | - | $300.00 |
| | | Pots/Pans/Cookware | - | $300.00 |
| | | Beds (4) | - | $550.00 |
| | | Dresser/Nightstand | - | $400.00 |
| | | Lamps/Accessories | - | $300.00 |
| | | Telephone | - | $100.00 |
| | | Cellular Telephone | - | $400.00 |
| | | Lawnmower | - | $100.00 |
| | | Yard/Landscaping Tools | - | $200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert Hobbs**                                                                Case No.  **14-40710** _____
                                                                                                   (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Music Tool Etc | - | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Family Pictures, CDs, DVDs, Records, Tapes, Collectibles | - | $800.00 |
| 6. Wearing apparel. | | Clothing (2 Adults, 4 Children) | - | $600.00 |
| 7. Furs and jewelry. | | Wedding Rings, Rings, Watches, Earrings, Necklaces, Bracelets, Pendants, Costume Jewelry | - | $8,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Firearms, Camera, Camcorder | - | $7,500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance -  Banner - No Cash Value | - | $0.00 |
| | | Term Life Insurance - Lincoln - No Cash Value | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert Hobbs**                                                    Case No.  **14-40710** _____

                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Spectrum Semiconductor Technologies LLC Debtor owns 82.5% of this business; debtor's spoouse Stacy Hobbs owns the remaining 17.5% of business. Business consists of: Machining equipment, office equipment and supplies- $25,000.00 Inventory- $2,000.00 Account Receivables- Estimated $20,000.00 Ford Econoline Delivery van with 300,000 miles- $1,500.00 Non-running forklift hasn't run in years- $100.00 Bank Account- unknown Bank Account- Unknown | C | $48,600.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert Hobbs**                                                                   Case No.   **14-40710**   _____
                                                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Ford Expedition With 216,000 Miles | C | $4,906.25 |
| | | 2004 Cadillac SRX With 105,000 Miles | C | $4,375.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert Hobbs**                                              Case No.   **14-40710** _____
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2002 Polaris 500HD 4 Wheeler ATV | - | $1,100.00 |
| | | 2004 Eton 90 4 Weeler ATV | - | $1,100.00 |
| | | 1990 Ford Bronco | - | $4,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog (1) | - | $200.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____ **5** _____ continuation sheets attached          **Total >**   $95,131.25

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Robert Hobbs**                                                     Case No.   **14-40710**
                                                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead 2715 Carriage Trail McKinney, TX 75070 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $383,308.00 |
| Sofa | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $600.00 | $600.00 |
| Loveseat | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Televisions (4) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $800.00 | $800.00 |
| Entertainment Center/TV Cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| DVD Player (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| VHS Player ( | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Personal Computer/Printer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| Stereo | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Coffee Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$3,175.00** | **$386,483.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Robert Hobbs**                                                    Case No.   **14-40710**
                                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| End Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| Sofa Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Kitchen Table/Chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Dining Table/Chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $600.00 | $600.00 |
| China Cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $600.00 | $600.00 |
| Refrigerator/Freezer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $700.00 | $700.00 |
| Freezer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Stove/Range | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Microwave | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Dishwasher | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Washing Machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Clothes Dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Dishes/Flatware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| | | **$7,225.00** | **$390,533.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Robert Hobbs**                                       Case No.   **14-40710**
                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| China/Silverware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Pots/Pans/Cookware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Beds (4) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $550.00 | $550.00 |
| Dresser/Nightstand | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Lamps/Accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Telephone | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Cellular Telephone | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Lawnmower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Yard/Landscaping Tools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Books, Family Pictures, CDs, DVDs, Records, Tapes, Collectibles | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $800.00 | $800.00 |
| Clothing (2 Adults, 4 Children) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $600.00 | $600.00 |
| Wedding Rings, Rings, Watches, Earrings, Necklaces, Bracelets, Pendants, Costume Jewelry | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $7,500.00 | $8,000.00 |
| | | **$18,775.00** | **$402,583.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Robert Hobbs**                                              Case No.   **14-40710**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Firearms, Camera, Camcorder | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $7,500.00 | $7,500.00 |
| Term Life Insurance -  Banner - No Cash Value | Tex. Ins. Code §§ 1108.001, 1108.051 | $0.00 | $0.00 |
| Term Life Insurance - Lincoln - No Cash Value | Tex. Ins. Code §§ 1108.001, 1108.051 | $0.00 | $0.00 |
| 2009 Ford Expedition With 216,000 Miles | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $2,906.25 | $4,906.25 |
| 2004 Cadillac SRX With 105,000 Miles | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,375.00 | $4,375.00 |
| 1990 Ford Bronco | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,500.00 | $4,500.00 |
| Dog (1) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $200.00 | $200.00 |
| | | $38,256.25 | $424,064.25 |

B6D (Official Form 6D) (12/07)

In re **Robert Hobbs**                                    Case No.   **14-40710**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx9284**<br><br>**Capital One Auto**<br>**P.O. Box 93016**<br>**Long Beach, CA 93016** | | C | DATE INCURRED: **2009**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2004 Ford Expedition with 216,000 Miles**<br>REMARKS:<br><br><br>VALUE: **$4,906.25** | | | | **$2,000.00** | |
| **Representing:**<br>**Capital One Auto** | | | **Marian Garza**<br>**Capital One Auto Finance**<br>**PO Box 201347**<br>**Atlington, TX 76006** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxxxxx2694**<br><br>**Citimortgage**<br>**P.O. Box 790001 Ms 301**<br>**St. Louis, MO 63179-0001** | | C | DATE INCURRED: **6/1995**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**Dirrect Pay**<br><br>VALUE: **$383,308.00** | | | | **$422,966.95** | **$39,658.95** |
| ACCT #: **xxxxxx2694**<br><br>**Citimortgage**<br>**P.O. Box 790001 Ms 301**<br>**St. Louis, MO 63179-0001** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**In the plan**<br>VALUE: **$383,308.00** | | | | **$45,000.00** | |

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$469,966.95** | **$39,658.95** |
| Total (Use only on last page) > | | |

_____1_____continuation sheets attached

|  |  |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Robert Hobbs**                                    Case No.    **14-40710**
                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**City of McKinney Appraisal**<br>**P.O. Box 8006**<br>**McKinney, TX 75070** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**Direct Pay**<br><br>VALUE:                    **$383,308.00** | | | | $2,244.27 | |
| ACCT #:<br>**Collin Co. Junior College Appraisal**<br>**P.O. Box 8006**<br>**McKinney, TX 75070** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**Direct Pay**<br><br>VALUE:                    **$383,308.00** | | | | $330.79 | |
| ACCT #:<br>**Collin County Appraisal District**<br>**c/o Gay McCall Isaacks et al**<br>**777 E. 15th Street**<br>**Plano, TX 75074** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**Direct Pay**<br><br>VALUE:                    **$383,308.00** | | | | $919.94 | |
| ACCT #:<br>**McKinney ISD Appraisal**<br>**P.O. Box 8006**<br>**McKinney, TX 75070** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**Direct Pay**<br><br>VALUE:                    **$383,308.00** | | | | $5,902.94 | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$9,397.94** | **$0.00** |
| Total (Use only on last page) > | **$479,364.89** | **$39,658.95** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  **Robert Hobbs**                                    Case No.  __**14-40710**__
                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Robert Hobbs**                                                                  Case No.  __14-40710_____
                                                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Allmand Law Firm, Pllc** <br> **5646 Milton Street, Suite 120** <br> **Dallas, TX 75206** | | C | DATE INCURRED: **03/31/2014** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $2,613.50 | $2,613.50 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals (Totals of this page) > | $2,613.50 | $2,613.50 | $0.00 |
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $2,613.50 | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $2,613.50 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **Robert Hobbs**

Case No.   **14-40710**
                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-1373**<br>**Capital One**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | | C | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$575.00** |
| ACCT #:<br>**Discover Fin Svcs LLC**<br>**P.O. Box 15316**<br>**Wilmington, DE 19850-5316** | | C | DATE INCURRED:  **04/01/1997**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,047.00** |
| ACCT #:<br>**Shapiro Schwartz, Llp**<br>**5450 NW Central, Ste. 307**<br>**Houston, TX 77092** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - CitiMortgage**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx2724**<br>**Sky Recovery Services**<br>**P.O. Box 820512**<br>**Houston, Texas 77282-0512** | | C | DATE INCURRED:  **10/07/2009**<br>CONSIDERATION:<br>**Collecting for - EL Dorado Country Club**<br>REMARKS: | | | | **$1,962.00** |
| ACCT #:  **xxx2936**<br>**United Revenue Corporation**<br>**204 Billings St., Ste.120**<br>**Arlington, Texas  76010** | | C | DATE INCURRED:  **01/29/2010**<br>CONSIDERATION:<br>**Collecting for - Medical Payment Data**<br>REMARKS: | | | | **$181.00** |
| | | | | | | | |
| | | | | | Subtotal > | | **$4,765.00** |
| | | | | | Total > | | **$4,765.00** |

_____**No**_____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Robert Hobbs**                              Case No.   **14-40710**
                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Robert Hobbs**                                                Case No.   **14-40710**
                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Allmand Law Firm, Pllc**<br>5646 Milton Street, Suite 120<br>Dallas, TX 75206 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Capital One**<br>P.O. Box 85015<br>Richmond, VA 23285-5015 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Capital One Auto**<br>P.O. Box 93016<br>Long Beach, CA 93016 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Citimortgage**<br>P.O. Box 790001 Ms 301<br>St. Louis, MO 63179-0001 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Citimortgage**<br>P.O. Box 790001 Ms 301<br>St. Louis, MO 63179-0001 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **City of McKinney Appraisal**<br>P.O. Box 8006<br>McKinney, TX 75070 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Robert Hobbs**                                    Case No.   **14-40710** _____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Collin Co. Junior College Appraisal**<br>P.O. Box 8006<br>McKinney, TX 75070 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Collin County Appraisal District**<br>c/o Gay McCall Isaacks et al<br>777 E. 15th Street<br>Plano, TX 75074 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Discover Fin Svcs LLC**<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Marian Garza**<br>Capital One Auto Finance<br>PO Box 201347<br>Atlington, TX 76006 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **McKinney ISD Appraisal**<br>P.O. Box 8006<br>McKinney, TX 75070 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Shapiro Schwartz, Llp**<br>5450 NW Central, Ste. 307<br>Houston, TX 77092 |
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **Sky Recovery Services**<br>P.O. Box 820512<br>Houston, Texas 77282-0512 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Robert Hobbs**                                     Case No.  __**14-40710**_____
                                                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hobbs, Stacy Tripp**<br>2715 Carriage Trail<br>McKinney, TX 75070 | **United Revenue Corporation**<br>204 Billings St., Ste.120<br>Arlington, Texas  76010 |

**Fill in this information to identify your case:**

Debtor 1    **Robert**                          **Hobbs**
            First Name      Middle Name         Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF TEXAS**

Case number    **14-40710**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
  chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income                                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Owner | Territorial Assistant |
| **Employer's name** | Spectrum Semi-Conductor Technol | Hallmark Marketing Company LLC |
| **Employer's address** | PO Box 777<br>Number  Street | 2501McGee<br>Number  Street |
|  | McKinney       TX    75070<br>City            State  Zip Code | Kansas City      MO    64108<br>City            State  Zip Code |
| **How long employed there?** | 22 Years | 2 Years |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.       $0.00 | $866.39 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +    $0.00 | $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.       $0.00 | $866.39 |

Debtor 1    **Robert**                    **Hobbs**                    Case number (if known)    **14-40710**

First Name        Middle Name        Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................ ➜ | 4. | **$0.00** | **$866.39** |

**5.    List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **5a.  Tax, Medicare, and Social Security deductions** | 5a. | **$0.00** | **$112.88** |
| **5b.  Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| **5c.  Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| **5d.  Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| **5e.  Insurance** | 5e. | **$0.00** | **$0.00** |
| **5f.   Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| **5g.  Union dues** | 5g. | **$0.00** | **$0.00** |
| **5h.  Other deductions.**<br>     Specify: | 5h.+ | **$0.00** | **$0.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **6.    Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$0.00** | **$112.88** |
| **7.    Calculate total monthly take-home pay.**    Subtract line 6 from line 4. | 7. | **$0.00** | **$753.51** |

**8.    List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8a.  Net income from rental property and from operating a business, profession, or farm**<br><br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$4,990.22** | **$0.00** |
| **8b.  Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| **8c.  Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br><br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$0.00** | **$0.00** |
| **8d.  Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| **8e.  Social Security** | 8e. | **$0.00** | **$0.00** |
| **8f.   Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | **$0.00** | **$0.00** |
| **8g.  Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| **8h.  Other monthly income.**<br>     Specify:  **Wife is paid caregiver for elderly perso** | 8h.+ | **$0.00** | **$700.00** |
| **9.    Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$4,990.22** | **$700.00** |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| **10.  Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$4,990.22** | + | **$1,453.51** | = | **$6,443.73** |

**11.  State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +    **$0.00**

**12.  Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12.    **$6,443.73**

**Combined monthly income**

**13.  Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**
☐ Yes. Explain:

| Debtor 1 | **Robert** | | **Hobbs** | Case number (if known) | **14-40710** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a.  Attached Statement (Debtor 1)

### Spectrum Semi-Conductor Technologies

**Gross Monthly Income:**                                                                                      **$29,562.54**

| Expense | Category | Amount |
|---|---|---|
| Cost of Goods Sold | Business Expense | **$3,103.36** |
| Auto Rent  Expense | Business Expense | **$12.24** |
| Automobile Expense | Business Expense | **$386.47** |
| Bank Charge | Business Expense | **$174.42** |
| computer and Internet | Business Expense | **$21.62** |
| Fuel | Business Expense | **$1,236.54** |
| Health Insurance | Business Expense | **$1,188.19** |
| Insurance | Business Expense | **$1,106.23** |
| Late Fees | Business Expense | **$6.42** |
| Meals and Entertainment | Business Expense | **$51.67** |
| OfficeSupplies | Business Expense | **$194.11** |
| Payroll | Business Expense | **$9,958.78** |
| Postage | Business Expense | **$2.50** |
| Rent Expense | Business Expense | **$4,189.35** |
| Repairs | Business Expense | **$47.81** |
| Shop Supplies | Business Expense | **$126.15** |
| Supplies | Business Expense | **$140.03** |
| Supplies | Business Expense | **$10.41** |
| Other | Business Expense | **$358.33** |
| Ulilities | Business Expense | **$978.78** |
| Telephone | Business Expense | **$751.72** |
| Projected Income Tax | Business Expense | **$527.19** |

**Total Monthly Expenses**                                                                                      $24,572.32

**Net Monthly Income:**                                                                                      **$4,990.22**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** First Name | Middle Name | **Hobbs** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **14-40710** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **25** | ☐ No ☑ Yes |
| **Daughter** | **20** | ☐ No ☑ Yes |
| **Son** | **18** | ☐ No ☑ Yes |
| **Grandson** | **3** | ☐ No ☑ Yes |
| **Spouse** | | ☐ No ☑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4.        **$3,300.00**

   **If not included in line 4:**

   4a. Real estate taxes        4a.    _____

   4b. Property, homeowner's, or renter's insurance    4b.    _____

   4c. Home maintenance, repair, and upkeep expenses    4c.    _____

   4d. Homeowner's association or condominium dues    4d.    _____

Debtor 1   **Robert**                                    **Hobbs**                          Case number (if known)   **14-40710**
_____   _____   _____
First Name          Middle Name           Last Name

**Your expenses**

| | | |
|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| **6.** | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a. _____ **$200.00** |
| | 6b.   Water, sewer, garbage collection | 6b. _____ **$100.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$85.00** |
| | 6d.   Other. Specify:   **Internet and Cable** | 6d. _____ **$250.00** |
| **7.** | **Food and housekeeping supplies** | 7. _____ **$600.00** |
| **8.** | **Childcare and children's education costs** | 8. _____ |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. _____ |
| **10.** | **Personal care products and services** | 10. _____ |
| **11.** | **Medical and dental expenses** | 11. _____ **$30.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. _____ **$200.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| **14.** | **Charitable contributions and religious donations** | 14. _____ |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a. _____ **$175.00** |
| | 15b.   Health insurance | 15b. _____ |
| | 15c.   Vehicle insurance | 15c. _____ **$525.00** |
| | 15d.   Other insurance. Specify: _____ | 15d. _____ |
| **16.** | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| **17.** | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1 | 17a. _____ |
| | 17b.   Car payments for Vehicle 2 | 17b. _____ |
| | 17c.   Other. Specify: _____ | 17c. _____ |
| | 17d.   Other. Specify: _____ | 17d. _____ |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. _____ |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.   Mortgages on other property | 20a. _____ |
| | 20b.   Real estate taxes | 20b. _____ |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e.   Homeowner's association or condominium dues | 20e. _____ |

Debtor 1  **Robert**                          **Hobbs**                    Case number (if known)  **14-40710**

First Name        Middle Name        Last Name

**21.  Other.**  Specify: _____        21.  **+**_____

**22.  Your monthly expenses.**  Add lines 4 through 21.
The result is your monthly expenses.                                  22.  | **$5,465.00** |

**23.  Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.  **$6,443.73**

23b.  Copy your monthly expenses from line 22 above.                  23b.  **—** **$5,465.00**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                               23c.  | **$978.73** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑  No.
☐  Yes.  Explain here:
          **None.**

B 6 Summary (Official Form 6 - Summary) (12/13)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **Robert Hobbs**                                              Case No.   **14-40710**

                                                                      Chapter   **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $383,308.00 | | |
| B - Personal Property | Yes | 6 | $95,131.25 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $479,364.89 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $2,613.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $4,765.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $6,443.73 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $5,465.00 |
| TOTAL | | 26 | $478,439.25 | $486,743.39 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **Robert Hobbs**                                      Case No.    **14-40710**

                                                             Chapter     **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $6,443.73 |
| Average Expenses (from Schedule J, Line 22) | $5,465.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $5,935.88 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $39,658.95 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $2,613.50 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $4,765.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $44,423.95 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Robert Hobbs**                                                     Case No.  **14-40710**
                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **28** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **4/16/2014** _____        Signature  **/s/ Robert Hobbs** _____
                                                        *Robert Hobbs*

Date _____        Signature _____

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*